AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

ROSE MARY PAOLINO and JEFFREY PAOLINO, on behalf opf themselves and all others similarly situated,

*Plaintiff(s)*

v.

PNC BANK, NATIONAL ASSOCIATION, and JAMES E. ALBERTELLI, P.A., d/b/a ALAW

*Defendant(s)*

Civil Action No. 18-cv-61266

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* James E. Albertelli, P.A.
c/o Smith Husley & Busley
Professional Association
225 Water Street
Suite 1800
Jacksonville, FL 32202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jordan A. Shaw, Esq.
Zebersky Payne, LLP
110 SE 6th Street
Suite 2150
Ft. Lauderdale, FL 33301
jshaw@zpllp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 06, 2018

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ROSE MARY PAOLINO and JEFFREY PAOLINO, on behalf opf themselves and all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> PNC BANK, NATIONAL ASSOCIATION, and JAMES E. ALBERTELLI, P.A., d/b/a ALAW <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-cv-61266 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PNC Bank, National Association
c/o Legal Department
300 Fifth Avenue
Pittsburgh, PA 15222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jordan A. Shaw, Esq.
Zebersky Payne, LLP
110 SE 6th Street
Suite 2150
Ft. Lauderdale, FL 33301
jshaw@zpllp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: June 06, 2018

Steven M. Larimore
Clerk of Court

*s/ C. Barnes-Butler*
Deputy Clerk
U.S. District Courts