UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61266-CIV-MORENO/SELTZER

ROSE MARY PAOLINO and
JEFFREY PAOLINO, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

vs.

PNC BANK NATIONAL ASSOCIATION
and JEMES E. ALBERTELLI, P.A., d/b/a
ALAW,

    Defendants.
_____/

## ORDER

**THIS CAUSE** has come before the Court upon Defendants' Joint Motion for Judicial Notice [DE 50] filed on September 14, 2018. Defendants ask the Court to take judicial notice of the Complaint, Notice of Lis Pendens and Progress Docket of Case No. CACE-16-000500, pending in the Seventeenth Judicial Circuit in and for Broward County, Florida. Plaintiffs have not filed a response to the motion.

Rule 201(b)(2) of the Federal Rules of Evidence authorize the Court to take judicial notice of facts that are not subject to reasonable dispute because they "(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." In particular, a court may take judicial notice of prior judicial proceedings. See United States ex rel. Osheroff v. Humana, Inc., 776 F.3d 805, 811 n.4 (11th Cir. 2015) ("Courts may take judicial notice of publicly filed documents, such as those in state court litigation, at the Rule 12(b)(6) stage."); 5C Charles Alan Wright & Arthur R. Miller, Federal

Practice and Procedure § 1364 (3d ed. 2004) (stating that "judicial notice may be taken of prior pleadings and proceedings"). The filings and docket in the foreclosure case involving Plaintiffs are properly subject to judicial notice. Accordingly, it is hereby

**ORDERED AND ADJDUGED** that [DE 50] Defendants' Joint Motion for Judicial Notice is **GRANTED.** The Court will take judicial notice of the Complaint, Notice of Lis Pendens and Progress Docket of Case No. CACE-16-000500, pending in the Seventeenth Judicial Circuit in and for Broward County, Florida.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of October 2018.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel and the
Honorable Federico A. Moreno via CM/ECF