UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-61266-CIV-MORENO**

ROSE MAY PAOLINO, and JEFFREY
PAOLINO, on behalf of themselves and all
others similarly situated,

       Plaintiffs,

vs.

PNC BANK NATIONAL ASSOCIATION and
JAMES E. ALBERTELLI P.A. d/b/a/ ALAW,

       Defendants.
_____/

**FINAL ORDER OF DISMISSAL AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon the Plaintiff's Notice of Settlement **(D.E. 63)**, filed on **October 3, 2018**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this _5_ of October 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record